UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth Williams, )
)
        Petitioner, )
)
v. ) Civil Action No. 07-0567
)
Warden, Central Detention Facility, )
)
        Respondent. )

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 23rd day of April 2007,

ORDERED that respondents, by counsel, within 20 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent Warden, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

SO ORDERED.

_____
United States District Judge